Misc. No. 11–8036/MC.   Hugo Valentin, CCA 201000683, Appellants v. Commandant, United States Disciplinary Barracks, Fort Leavenworth, Commanding Officer,

Naval Consolidated Brig, Miramar and Commanding Officer, Naval Consolidated Brig, Charleston, Appellees.

On consideration of the writ-appeal petitions, it is ordered that said writ-appeal petitions are hereby denied.